UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
"IN ADMIRALTY"

WORLD FUEL SERVICES FRANCE SAS,
TRANS-TEC INTERNATIONAL, SRL,
WORLD FUEL SERVICES EUROPE, LTD.,
collectively d/b/a World Fuel Services,

    Plaintiffs,
vs.

Hansa Heavy Lift GmbH & Company KG ms HHL Kobe,
Hansa Heavy Lift GmbH,

    Defendants.
_____/

## COMPLAINT

COMES NOW, Plaintiffs (collectively "WFS") by and through undersigned counsel to hereby file their complaint against Defendants Hansa Heavy Lift GmbH & Company KG ms HHL Kobe ("Owner") and Hansa Heavy Lift, GmbH ("Owner's Agent" and/or "Manager") as follows:

### PARTIES, JURISDICTION AND VENUE

1. This is an admiralty and maritime action within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and this Court has jurisdiction pursuant to 28 U.S.C. §1333.

2. Plaintiff WORLD FUEL SERVICES FRANCE SAS is a limited liability company formed as a French "société par actions simplifiée" with an office at 37 Av Ledru Rollin 75012 Paris, France.

3. Plaintiff TRANS-TEC INTERNATIONAL, SRL is an entity organized under the laws of Costa Rica with an office at Parque Empresarial Forum 2, Edificio N, Piso 4, San Jose, Costa Rica.

4. Plaintiff WORLD FUEL SERVICES EUROPE, LTD. is a company organized under the laws of the United Kingdom with an address at 8th Fl. 62 Buckingham Gate, London SWIE 6AJ UK and a registered address of The Broadgate Tower, 20 Primrose Street, London EC2A 2RS UK.

5. Collectively, the three plaintiffs are part of the World Fuel Services Marine Group of companies and are indirectly and wholly owned subsidiaries of World Fuel Services Corporation which is a Florida corporation traded publicly on the New York Stock Exchange under the ticker symbol "INT" (collectively, World Fuel Services France SAS, Trans-Tec International, SRL, and World Fuel Services Europe, Ltd. are hereinafter referred to as "World Fuel Services" or "WFS"), based in this District at 9800 N.W. 41st Street, Suite 400, Miami, Florida 33178.

6. Plaintiffs sell and supply fuel oil and lubricants to ocean going cargo vessels.

7. Defendant Owner, Hansa Heavy Lift GmbH & Company KG ms HHL Kobe, is a German entity with an address of Oberbaumbrücke 1, Hamburg, Germany 20457.

8. Defendant Hansa Heavy Lift GmbH – the Defendant Owner's Agent and Manager for the Vessel named "HHL KOBE" (herein the "Vessel") – is a German limited liability corporation with an address of Oberbaumbrücke 1, Hamburg, Germany 20457 and/or was the charterer or otherwise in control of the Vessel at all material times.

9. On August 1, 2017, the Plaintiffs and the Defendant Owner, acting with the express authorization and through its apparent agent, the Defendant Manager/Agent/Charterer who was at all material times in control of the Vessel, entered into a framework fuel management contract for the provision of fuel to the Defendants fleet of vessel(s), including the Defendant HHL KOBE's Vessel the

"HHL ELBE" (the "Vessel").  A true and correct copy of this Fuel Management Contract is attached hereto as Exhibit "A".

10. The Fuel Management Contract incorporated, at page 4 of 6, through the section entitled "**Terms and Conditions**," the applicable terms and conditions for the sale of bunkers under the Fuel Management Contract as "The World Fuel Services Marine Group of Companies General Terms and Conditions dated May 1, 2016." A true and correct copy of the General Terms and Conditions dated May 1, 2016 is attached hereto as Exhibit "B".

11. As such, under section 10 of Exhibit "B", the Defendants are subject to the Court's personal jurisdiction under Fla. Stat. § 48.193(9).

12. Venue likewise under Section 10 of Exhibit "B" lies in the Southern District of Florida.

13. As such, this Court is the proper venue and the Court has subject matter jurisdiction over the issues and personal jurisdiction over the parties.

## GENERAL ALLEGATIONS OF FACT

14. Following from the general framework under the Fuel Management Agreement, from September 2017 through November 2018, the Defendants entered into a series of contracts with the Plaintiffs, as set for the herein, including but not limited to those for the purchase and sale of marine bunkers which were supplied to the Vessel "HHL KOBE" in, respectively, (1) Port of St. Nazaire, France; (2) Port of Callao, Peru; (3) Port of Rostock, Germany; (4) Port of Lazaro Cardenas, Mexico; and (5) Port of Gibraltar, Gibraltar.

15. Despite Plaintiffs causing the supply of contractually ordered bunkers to the Vessel as ordered and contracted by the Defendants. Defendants have not paid for the supplies.

16. Having not been paid for any of the fuel and gas oil supplied to the Vessel on the orders of the Defendants, WFS sent a December 10. 2018 contractually authorized notice to the Defendants, which had the effect of accelerating any invoices for which a later due date was still outstanding to a due date of December 11, 2018.

17. WFS then filed an action for the arrest of the "HHL RICHARDS KOBE" in Chile on all five contracts, a measure alleging a maritime claim and lien whereby the Vessel was arrested in Chile on or around December 20, 2018.

18. No security has been posted to date and Defendant(s) may be pursuing insolvency proceedings abroad.

19. The Vessel remains under arrest and in accordance with Chilean law, and this action is being instituted as a result.

### COUNT I – BREACH OF MARITIME CONTRACT BY WORLD FUEL SERVICES FRANCE SAS FOR THE ST. NAZAIRE TRANSACTION

20. Plaintiffs hereby incorporate and therefore re-alleges Paragraphs 1-19 of this Complaint as if fully set forth herein.

21. Upon a confirmation order dated on July 24, 2018, the Vessel "HHL KOBE" was provided, on July 25, 2018, at the port of St. Nazaire with 60.0540 MT of 380 CST / RMG380 3.5% grade at 706 USD per MT.  True and correct copies are attached in the Composite Exhibit for this transaction including the Confirmation, Bunker Delivery Note, and Invoice as Exhibit "C".

22. An invoice bearing number 100345-31193 was issued on August 8, 2018 by WFS France to the contractual debtors, the Vessel, "HHL KOBE", and/or her owners/operators, Hansa Heavy Lift GmbH & Company KG ms HHL KOBE, and Owner's Agent, Manager, and Charterer, Hansa Heavy Lift GmbH, or who was otherwise at all times in control of the Vessel for an amount now due of USD 42,398.12.  *See* Invoice as part of Composite Exhibit "C"

23. The invoice was due September 23, 2018, and to date, remains unpaid.

24. As of January 25, 2019, for this St. Nazaire delivery, Defendants owe $47,146.71, made up of $42,398.12 in principal, $2,628.68 in interest, and $2,119.91 in contractual fees.  A true and correct copy of the Composite Statement of Account for WORLD FUEL SERVICES FRANCE SAS as of January 25, 2019 is attached hereto as Exhibit "D".

## COUNT II – BREACH OF MARITIME CONTRACT BY TRANS-TEC INTERNATIONAL, SRL FOR THE CALLAO TRANSACTION

25. Plaintiffs hereby incorporate and therefore re-alleges Paragraphs 1-19 of this Complaint as if fully set forth herein.

26. Upon to a confirmation order dated on November 23, 2018, the Vessel "HHL KOBE" was provided, on November 30, 2018, at the port of Callao with 600.4740 MT 380 CST / RMG380 3.5% at USD 496 per ton.  True and correct copies are attached in the Composite Exhibit for this transaction including the Confirmation, Bunker Delivery Note, and Invoice as Exhibit "E".

27. An invoice bearing number 111652-31222 was issued on December 10, 2018 by Trans-Tec to the contractual debtors, the Vessel, "HHL KOBE", and/or her owners/operators, Hansa Heavy Lift GmbH & Company KG ms HHL KOBE, and

Owner's Agent, Manager, and Charterer, Hansa Heavy Lift GmbH, or who was otherwise at all times in control of the Vessel for an amount of USD $301,466.80. *See* Invoice as part of Composite Exhibit "E"

28. The invoice was accelerated per December 10, 2018, due December 11, 2018, and to date, remains unpaid.

29. As of January 25, 2019, for this Callao delivery, Defendants owe $323,323.14 made up of $301,466.80 in principal, $6,783.00 in interest, and $15,073.34 in contractual fees. A true and correct copy of the Composite Statement of Account for Trans-Tech International as of January 25, 2019 is attached hereto as Exhibit "D".

### COUNT III – BREACH OF MARITIME CONTRACT BY TRANS-TEC INTERNATIONAL, SRL FOR THE ROSTOCK TRANSACTION

30. Plaintiffs hereby incorporate and therefore re-alleges Paragraphs 1-19 of this Complaint as if fully set forth herein.

31. Upon to a confirmation order with Tramp Oil Germany GmbH dated on July 30, 2018, the Vessel "HHL KOBE" was provided, on August 1, 2018, at the port of Rostock in Germany with 19.8980 MT 158.0440 MT of MGO DMA 0.1% at USD 723 per ton. True and correct copies are attached in the Composite Exhibit for this transaction including the Confirmation, Bunker Delivery Note, and Invoice as Exhibit "F".

32. An invoice bearing number 106418-33401 was issued on August 16, 2018 by Tramp Oil Germany GmbH to the contractual debtors, the Vessel, "HHL KOBE", and/or her owners/operators, Hansa Heavy Lift GmbH & Company KG ms HHL KOBE, and Owner's Agent, Manager, and Charterer, Hansa Heavy Lift GmbH, or

who was otherwise at all times in control of the Vessel for an amount of USD 14,386.25.  *See* Invoice as part of Composite Exhibit "F".

33. The invoice was due September 30, 2018, and to date, remains unpaid.

34. Tramp Oil Germany GmbH has assigned all of its rights and obligations related to the contract and this claim to Trans-Tec International, SRL.

35. As of January 25, 2019, for this Rostock delivery, Defendants owe $15,947.16, made up of $14,386.25 in principal, $841.60 in interest, and $719.31 in contractual fees.  A true and correct copy of the Composite Statement of Account for Trans-Tec International as of January 25, 2019 is attached hereto as Exhibit "D".

### COUNT IV – BREACH OF MARITIME CONTRACT BY TRANS-TEC INTERNATIONAL, SRL FOR THE LAZARO CARDENAS TRANSACTION

36. Plaintiffs hereby incorporate and therefore re-alleges Paragraphs 1-19 of this Complaint as if fully set forth herein.

37. Upon to a confirmation order dated on November 13, 2018, the Vessel "HHL KOBE" was provided, on November 18, 2018, at the port of Lazaro Cardenas in Mexico with 400.6000 MT of 380 CST / RMG380 3.5% at USD 543 per ton.  True and correct copies are attached in the Composite Exhibit for this transaction including the Confirmation, Bunker Delivery Note, and Invoice as Exhibit "G".

38. An invoice bearing number 111619-31222 was issued on November 30, 2018 by Trans-Tec International to the contractual debtors, the Vessel, "HHL KOBE", and/or her owners/operators, Hansa Heavy Lift GmbH & Company KG ms HHL KOBE, and Owner's Agent, Manager, and Charterer, Hansa Heavy Lift GmbH, or who was otherwise at all times in control of the Vessel for an amount of USD 232,106.10.  *See* Invoice as part of Composite Exhibit "G".

39. The invoice was accelerated per December 10, 2018, due December 11, 2018, and to date, remains unpaid.

40. As of January 25, 2019, for this Lazaro Cardenas delivery, Defendants owe $248,933.79 made up of $232,106.10 in principal, $5,222.39 in interest, and $11,605.31 in contractual fees. A true and correct copy of the Composite Statement of Account for TRANS-TEC INTERNATIONAL, SRL as of January 25, 2019 is attached hereto as Exhibit "D".

## COUNT V – BREACH OF MARITIME CONTRACT BY WORLD FUEL SERVICES EUROPE, LTD FOR THE GIBRALTAR TRANSACTION

41. Plaintiffs hereby incorporate and therefore re-alleges Paragraphs 1-19 of this Complaint as if fully set forth herein.

42. Upon to a confirmation order dated on September 29, 2017, the Vessel "HHL KOBE" was provided, on September 29, 2017, at the port of Gibraltar with 1,000.0080 MT 380 CST / RMG380 3.5% at USD 321 per ton and MT of MGO DMA at USD 460 per ton. True and correct copies are attached in the Composite Exhibit for this transaction including the Confirmation, Bunker Delivery Note, and Invoice as Exhibit "H".

43. Invoices bearing numbers 214363-32501 and 221806-32501 were issued on October 25, 2017 by WFSE to the contractual debtors, the Vessel, "HHL KOBE", and/or her owners/operators, Hansa Heavy Lift GmbH & Company KG ms HHL KOBE, and Owner's Agent, Manager, and Charterer, Hansa Heavy Lift GmbH, or who was otherwise at all times in control of the Vessel for an amount of USD 334,552.66. *See* Invoice as part of Composite Exhibit "H".

44. The invoice was due November 28, 2017, and to date, remains partly unpaid.

45. As of January 25, 2019, for this Gibraltar deliveries, Defendants owe $43,123.40 made up of $334,552.66 in principal, $25,571.43 in interest, and $16,727.63 in contractual fees, less a prior payment of $333,771.66.  A true and correct copy of the Composite Statement of Account for WORLD FUEL SERVICES EUROPE, LTD., as of January 25, 2019 is attached hereto as Exhibit "D".

WHEREFORE, in accordance with the contracts at issue, Plaintiffs respectfully request the Court to enter Final Judgment in their favor against the Defendants for Plaintiffs' damages, in the amount of $678,740.99 as of January 25, 2019, for which additional interest, contractual fees, attorneys' fees, and costs have accrued or will continue to accrue.

Dated: January 25, 2019

Respectfully submitted,
**WAGNER LEGAL**
Attorney for Plaintiffs
3050 Biscayne Blvd., #904
Miami, FL 33137
Telephone: (305) 768-9247
Facsimile: (305) 306-8598
By: **/s/ Scott A. Wagner**
Scott Wagner, Esq.
Florida Bar No. 10244

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)* **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

### I. (a) PLAINTIFFS
WORLD FUEL SERVICES FRANCE SAS, TRANS-TEC INTERNATIONAL SRL, WORLD FUEL SERVICES EUROPE, LTD.

### DEFENDANTS
Hansa Heavy Lift GmbH & Company KG ms HHL Kobe, Hansa Heavy Lift GmbH

**(b)** County of Residence of First Listed Plaintiff: Miami-Dade
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant:
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Wagner Legal, 3050 Biscayne Blvd., #904, Miami, FL 33140
305-768-9247

Attorneys *(If Known)*

**(d)** Check County Where Action Arose: ☒ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question *(U.S. Government Not a Party)*
☐ 2 U.S. Government Defendant
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff) (For Diversity Cases Only) and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☒ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729 (a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent – Abbreviated New Drug Application | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Med. Malpractice | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | **Other:** | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 530 General | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee – Conditions of Confinement | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed (See VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district *(specify)*
☐ 6 Multidistrict Litigation Transfer
☐ 7 Appeal to District Judge from Magistrate Judgment
☐ 8 Multidistrict Litigation – Direct File
☐ 9 Remanded from Appellate Court

### VI. RELATED/ RE-FILED CASE(S)
*(See instructions):* a) Re-filed Case ☐ YES ☒ NO   b) Related Cases ☐ YES ☒ NO
JUDGE: _____   DOCKET NUMBER: _____

### VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause *(Do not cite jurisdictional statutes unless diversity)*:
Breach of Marine Contracts
LENGTH OF TRIAL via 2-3 days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
**DEMAND $** 678,740.99
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

**ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE**
DATE: January 25, 2019
SIGNATURE OF ATTORNEY OF RECORD: /s/ Scott A. Wagner, Esq.

**FOR OFFICE USE ONLY**
RECEIPT #_____ AMOUNT_____ IFP_____ JUDGE_____ MAG JUDGE_____

JS 44  (Rev. 06/17) FLSD Revised 06/01/2017

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.** (a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction**. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked. Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit**. Nature of Suit. Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin**. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Refiled (3) Attach copy of Order for Dismissal of Previous case. Also complete VI.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

Remanded from Appellate Court. (8) Check this box if remanded from Appellate Court.

**VI.** **Related/Refiled Cases**. This section of the JS 44 is used to reference related pending cases or re-filed cases. Insert the docket numbers and the corresponding judges name for such cases.

**VII.** **Cause of Action**. Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity**. Example: U.S. Civil Statute: 47 USC 553
      Brief Description: Unauthorized reception of cable service

**VIII.** **Requested in Complaint**. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**Date and Attorney Signature**. Date and sign the civil cover sheet.